IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MICHAEL D. MARLIN                                                                                PLAINTIFF

v.                              CASE NO. 2:07CV00052 BSM/HDY

JILL DUBE-GILLEY, FCI-Forrest City;
and EDNA PRINCE, FCI-Forrest City                                                  DEFENDANTS

**ORDER**

On June 24, 2008, the Magistrate Judge issued his Proposed Findings and Recommended Partial Disposition recommending that defendants' motions to dismiss [Doc. ## 28 and 39] be granted as to plaintiff's claims of violation of the Americans with Disabilities Act and the Rehabilitation Act, and those claims be dismissed with prejudice. The Magistrate Judge also recommended that defendants' motions be denied as to the remainder of plaintiff's claims, and that this matter be set for a pre-jury evidentiary hearing. Defendants have filed objections to the Proposed Findings and Recommended Partial Disposition and have attached supporting documents.

After carefully considering the objections and making a de novo review of the record in this case, the court concludes that the Proposed Findings and Recommended Partial Disposition should be and hereby are approved and adopted in part and rejected in part. The court approves and adopts the recommendation that defendants' motions to dismiss be granted as to plaintiff's claims of violations of the Americans with Disabilities Act and the Rehabilitation Act and those claims be dismissed with prejudice. In light of defendants'

objections, the court rejects the recommendation that defendants' motions be denied as to the remainder of plaintiff's claims, and that this matter be set for a pre-jury evidentiary hearing.

IT IS THEREFORE ORDERED that defendants' Motions to Dismiss [Doc. ## 28 and 39] are granted in part and remanded in part. Defendants' Motions are granted as to plaintiff's claims of violation of the Americans with Disabilities Act and the Rehabilitation Act, and those claims are dismissed with prejudice. The court, however, remands the remaining claims back to the Magistrate Judge for consideration of defendants' claim that portions of plaintiff's claim were asserted after the filing of Grievance/Administrative Remedy #345061.

DATED this 29th day of July, 2008.

                                                    UNITED STATES DISTRICT JUDGE