IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MICHAEL MARLIN                                                                        PLAINTIFF

vs.                                          NO. 2:07CV00052 BSM

JILL DUBE-GILLEY, ET AL.                                                       DEFENDANTS

## ORDER

Pending before the court is a document filed by Plaintiff captioned "Plaintiff's Appeal of Honorable Judge Brian S. Miller's Order Pursuant to FRCP Rule 59(b)(2); or in the Alternative, Accept Plaintiff's Untimely Filed Objections Filed On July 21, 2008 De Novo." The court construes the document as a motion to reconsider the court's order of July 29, 2008 (see Doc. No. 60) granting in part and denying in part Defendants' motions to dismiss.

In considering the Magistrate Judge's Partial Recommended Disposition the court conducted a de novo review of the record. Its review included consideration of the objections filed by Plaintiff on July 21, 2008. (See Doc. No. 59). Plaintiff has provided no basis for the court to reconsider its July 29, 2008 order.

Accordingly, the motion for reconsideration (Doc. No. 62) is denied.

IT IS SO ORDERED this 20th day of August, 2008.

_____
UNITED STATES DISTRICT JUDGE