**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

**MICHAEL D. MARLIN**
Reg. # 08387-003                                                                                                  **PLAINTIFF**

V.                                                  2:07CV00052 BSM

**JILL DUBE-GILLEY, FCI-Forrest City;
and EDNA PRINCE, FCI-Forrest City**                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITH PREJUDICE. Furthermore, the court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this judgment and the accompanying order would not be taken in good faith.

DATED this 10th day of March, 2009.

_____
UNITED STATES DISTRICT JUDGE